CALLAHAN, Circuit Judge,
dissenting:
I dissent. Although the district court could have offered a further explanation for the sentence he imposed, Mota offered no objection to the explanation in the district court, and, in the context of this case, the court’s statements were sufficient to allow us to ascertain its reasons. See Rita v. United States, 551 U.S. 338, 356, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007). There is no suggestion that the district court did not consider the arguments advanced by Mota. Moreover, a number of factors peculiar to Mota support the sentence including his violation of the conditions of his pretrial release by possessing child pornography, his admitted trading of child pornography over the internet, and his placing of *640 himself in contact with minors through work and voluntary activities.